IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KAREN VANOVER,

        Plaintiff,

v.

NCO FINANCIAL SYSTEMS, INC.,
a foreign corporation,

        Defendant.

Civil Action No. 14-cv-00964-MSS-EAJ

## NCO FINANCIAL SYSTEMS, INC.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

I HEREBY disclose the following pursuant to this Court's interested persons order:

1). the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly traded companies that own 10% or more of a party's stock and all other identifiable legal entities related to *any* party in the case:

    a) **Plaintiff, Karen Vanover**
    b) **Defendant, NCO Financial Systems, Inc.**

2). the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

**NCO Financial Systems, Inc., a Pennsylvania corporation, is wholly owned by Compass International Services Corporation, a Delaware corporation. Compass International Services Corporation is wholly owned by Expert Global Solutions, Inc. f/k/a NCO Group, Inc., a Delaware corporation. All of the aforementioned corporations are ultimately wholly owned by EGS Holdings, Inc., a Delaware corporation. One Equity Partners and its corporate affiliates, which are affiliates of JP Morgan Chase & Co., own approximately 95% of EGS Holdings, Inc. stock.**

3. the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

**N/A**

4. the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

**Plaintiff alleges violations of the Telephone Consumer Protection Act.  NCO denies any and all liability or wrongdoing.**

I HEREBY certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated this 2nd day of June, 2014.

Respectfully submitted,

*s/ Rachel A. Morris*
Rachel A. Morris, Esq.
Florida Bar No.: 0091498
Dayle M. Van Hoose, Esq.
Florida Bar No.: 0016277
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
3350 Buschwood Park Drive, Suite 195
Tampa, Florida 33618
Telephone: (813) 890-2465
Facsimile: (866) 466-3140
E-mail: rmorris@sessions-law.biz
E-mail: dvanhoose@sessions-law.biz

*Attorneys for Defendant,*
*NCO Financial Systems, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that on June 2, 2014, a copy of the **NCO Financial Systems, Inc.'s Rule 7.1(a) Corporate Disclosure Statement** was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiff's counsel as described below. Parties may access this filing through the Court's system.

.   W. John Gadd, Esq.
ATTORNEY AT LAW
Bank of America Building
2727 Ulmerton Road, Suite 250
Clearwater, FL  33762
Email: wjg@mazgadd.com
*Attorney for Plaintiff,*
*Karen Vanover*


By:   /s/ Rachel A. Morris
Rachel A. Morris, Esq.
*Attorney for Defendant,*
*NCO Financial Systems, Inc.*