IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KAREN VANOVER,

        Plaintiff,

v.

NCO FINANCIAL SYSTEMS, INC.,
a foreign corporation,

        Defendant.

Civil Action No. 14-cv-00964-MSS-EAJ

**NCO FINANCIAL SYSTEMS, INC.'S
NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(d), I certify that the instant action:

\_\_\_\_\_ IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____

_____

_____

_____

__**X**__ IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

Dated this 2nd day of June, 2014.

        Respectfully submitted,

        *s/ Rachel A. Morris*
        Rachel A. Morris, Esq.
        Florida Bar No.: 0091498
        Dayle M. Van Hoose, Esq.
        Florida Bar No.: 0016277
        SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
        3350 Buschwood Park Drive, Suite 195
        Tampa, Florida 33618
        Telephone: (813) 890-2465
        Facsimile: (866) 466-3140
        E-mail: rmorris@sessions-law.biz
        E-mail: dvanhoose@sessions-law.biz
        *Attorneys for Defendant,*
        *NCO Financial Systems, Inc.*

## CERTIFICATE OF SERVICE

I certify that on June 2, 2014, a copy of the **NCO Financial Systems, Inc.'s Notice of Pendency of Other Actions** was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiff's counsel as described below. Parties may access this filing through the Court's system.

      .  W. John Gadd, Esq.
      ATTORNEY AT LAW
      Bank of America Building
      2727 Ulmerton Road, Suite 250
      Clearwater, FL  33762
      Email: wjg@mazgadd.com
      *Attorney for Plaintiff,*
      *Karen Vanover*

        By:    /s/ Rachel A. Morris
                  Rachel A. Morris, Esq.

*Attorney for Defendant,*
*NCO Financial Systems, Inc.*